**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMY M. ROBERTS,

    Plaintiff,

v.                                         Case No.  8:10-cv-1360-T-30MAP

FMA ALLIANCE, LTD,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #4).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1360.dismiss 4.wpd